No. 88–6696.   TYLER ET AL. *v.* BLACK ET AL.   C. A. 8th Cir. Certiorari denied.

No. 88–6697.   LEAL *v.* CORONADO.   Ct. App. Ohio, Lucas County.   Certiorari denied.

No. 88–6698.   BROWN *v.* MISSOURI DEPARTMENT OF CORRECTIONS AND HUMAN RESOURCES ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 88–6701.   LUCAS *v.* ARIZONA.   Sup. Ct. Ariz.   Certiorari denied.

No. 88–6702.   CUNNINGHAM ET UX. *v.* CUYAHOGA DEPARTMENT OF HUMAN SERVICES.   Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 88–6706.   JOHNSON *v.* DISTRICT COURT OF WYOMING, FIRST JUDICIAL DISTRICT.   Sup. Ct. Wyo.   Certiorari denied.

No. 88–6722.   EVERHART *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 88–6731.   MORGAN *v.* SULLIVAN, WARDEN, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 88–6745.   BRAWNER-EL *v.* ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, PENNSYLVANIA, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–6746.   LAWRENCE *v.* UNITED STATES RAILROAD RETIREMENT BOARD.   C. A. D. C. Cir.   Certiorari denied.

No. 88–6753.   OLAN *v.* RODRIGUEZ, CHAIRMAN, NEW YORK BOARD OF PAROLE.   C. A. 2d Cir.   Certiorari denied.

No. 88–6766.   DALEY *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 88–6767.   POLLACK *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 88–6768.   JORGE *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 88–6774.   HORTON *v.* WHITWORTH, STATE ATTORNEY. C. A. 11th Cir.   Certiorari denied.